1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN GARCIA-URREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-09-032 JAM |
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) THE TRIAL CONFIRMATION HEARING |
| v. | ) AND JURY TRIAL DATE AND TO SET A |
| | ) STATUS CONFERENCE DATE |
| MARTIN GARCIA-URREA, | ) |
| aka Martin Garcia-Orea, | ) |
| aka Martin Garcia Perez, | ) Date: June 30, 2009 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Honorable John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America, by and through its counsel, Samuel Wong, Assistant U.S. Attorney, and Martin Garcia-Urrea, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, to vacate the previously scheduled trial confirmation hearing date of April 7, 2009 and jury trial date of April 20, 2009, and set for a status conference on June 30, 2009 at 9:30 a.m., same as related case CR-S-08-456-JAM.

This continuance is necessary for counsel to pursue resolution of both cases, and give defense counsel reasonable time to prepare.

Defense counsel desires additional time to discuss and explain the ramifications of the resolution of each case with defendant. This task is made more difficult because defendant's primary language is Spanish.

IT IS FURTHER STIPULATED that the period from the filing date of this Stipulation and Order, until June 30, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Dated: April 3, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARTIN GARCIA-URREA

Dated: April 3, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Bockmon for
_____
SAMUEL WONG
Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 6, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Stip & Order 3