EDDIE RUIZ   #182202
LAW OFFICE OF EDDIE RUIZ
2341 EAST ASHLAN AVENUE
FRESNO, CALIFORNIA 93726
Tel: (559) 229-4900
Fax: (559) 229-4990

Attorney for Defendant: **MARTIN URUE GARCIA**

IN THE UNITED STATED DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:09-CR-032 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE JURY TRIAL AND MODIFY |
| vs. ) | MOTION SCHEDULE |
| ) | |
| MARTIN GARCIA-URREA, ) | |
|    aka Martin Garcia-Orea, ) | |
|    aka Martin Garcia Perez ) | |
| ) | |
| Defendant. ) | |

The defendant, Martin Urue Garcia, by and through his undersigned counsel, and the United States, by and through its undersigned counsel, stipulate and request that the Jury Trial currently scheduled for Monday, November 8, 2010 at 9:00 a..m., and the Trial Confirmation Hearing currently set for October 5, 2010 9:30 a.m., be vacated and continued until Monday, February 28, 2011 at 9:00 a.m. and Tuesday, January 18, 2011 at 9:30 a.m., respectively. The requested date are being set the same as related case CR-S-08-456-JAM.

The parties further stipulate and request that the Motion Hearing currently set for Tuesday, September 21, 2010 at 9:30 a.m. be vacated and continued to Tuesday, January 11, 2011 at 9:30 a.m. and that the Motions Briefing Schedule be modified as follows:

|                    |                      |
|--------------------|----------------------|
| Motions Hearing:   | January 11, 2011     |
| Reply Due:         | December 28, 2010    |
| Opposition Due:    | December 14, 2010    |
| Motions Due:       | November 16, 2010    |

A continuance is necessary to provide counsel with additional time for continued case preparation, preparation of defense motions, investigation, and for ongoing plea and sentencing negotiations.

The parties also stipulate that computation of time within which the trial of this case must be commenced should be excluded under the Speedy Trial Act due to the need for continuity of defense counsel for defendant Martin Garcia, Jr., and the need of defense counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(A) and (B)(iv).

I, Eddie Ruiz, the filing party, have received authorization from AUSA Michelle Beckwith to sign and submit this stipulation and proposed order.

Accordingly, the defendant and the United States agree and stipulate that the Jury Trial currently scheduled for Monday, November 8, 2010 at 9:00 a.m., and the Trial Confirmation Hearing currently set for October 5, 2010 at 9:30 a.m., be vacated and continued until Monday, February 28, 2011 at 9:00 a.m. and Tuesday, January 18, 2011 at 9:30 a.m. respectively, and that the motion hearing and schedule be modified as indicated above. The parties stipulate that the time from the date of this stipulation, September 21, 2010 to and including the February 28, 2011, trial date shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act and the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: September 22, 2010            BENJAMIN B. WAGNER
                                     United States Attorney

                                     By:___/S/_____
                                          Michelle Beckwith
                                          Assistant U.S. Attorney

Dated: September 22, 2010

                                     By:___/S/_____
                                          Eduardo Ruiz
                                          Counsel for Defendant
                                          MARTIN URUE GARCIA

_____

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. The Court also finds the requested continuance is necessary to provide the defendant Martin Urue Garcia, continuity of counsel, and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation, September 21, 2010, to and including February 28, 2011, shall be excluded from computation of time within the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

(B)(iv) and Local Code T4 (continuity of defense counsel and defense counsel preparation).

IT IS ORDERED THAT the jury Trial currently scheduled for Monday, November 8, 2010 at 9:00 a.m., and the Trial Confirmation Hearing currently set for October 5, 2010 at 9:30a.m., are vacated and continued to Monday, February 28, 2011 at 9:00 a.m. and Tuesday, January 18, 2011 a.m. respectively.

IT IS FURTHER ORDERED THAT the Motions Hearing currently set for Tuesday, September 21, 2010 at 9:30 a.m. is vacated and continued to Tuesday, January 11, 2011 at 9:30 a.m. and that the Motions Briefing Schedule is modified as set forth above by the parties.

**IT IS SO ORDERED.**

Dated: September 24, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

4