```
1  EDDIE RUIZ   #182202
   LAW OFFICE OF EDDIE RUIZ
2  2341 EAST ASHLAN AVENUE
   FRESNO, CALIFORNIA 93726
3  Tel: (559) 229-4900
   Fax: (559) 229-4990
4
```

Attorney for Defendant: **MARTIN URUE GARCIA**

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CR-S-09-032 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE JURY TRIAL AND MODIFY MOTION SCHEDULE |
| vs. ) | |
| ) | |
| MARTIN URUE GARCIA, ) | |
|    aka Martin Garcia-Urrea ) | |
| Defendant. ) | |

    The defendant, Martin Urue Garcia, by and through his undersigned counsel, and the United States, by and through its undersigned counsel, stipulate and request that the Jury Trial in this case be set for Monday March 28, 2011, and the Trial Confirmation Hearing be set for Tuesday, March 15, 2011 at 9:30 a.m.

    A continuance is necessary to provide counsel with additional time for continued case preparation, preparation of defense motions, investigation, and for ongoing plea and sentencing negotiations.

1     The parties also stipulate that computation of time within which the trial of this case must be commenced should be excluded under the Speedy Trial Act due to the need for continuity of defense counsel for defendant Martin Garcia, Jr., and the needs of defense counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(A) and (B)(iv).

    I, Eddie Ruiz, the filing party, have received authorization from AUSA Michelle Beckwith to sign and submit this stipulation and proposed order.

    Accordingly, the defendant and the United States agree and stipulate that the Jury Trial be set for Monday March 28, 2011, and the Trial Confirmation Hearing be set for Tuesday, March 15, 2011 at 9:30 a.m. The parties stipulate that time from the date of this stipulation, and including the March 28, 2011, trial date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act and the ends of justice served by granting this continuance outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: October 8, 2010            BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   By:_____
                                                        Michelle Beckwith
                                                        Assistant U.S. Attorney

Dated: October 8, 2010

                                                   By:_____
                                                        Eduardo Ruiz
                                                        Counsel for Defendant
                                                        MARTIN URUE GARCIA

_____

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendants in a speedy trial. The Court also finds the requested continuance is necessary to provide the defendant Martin Urue Garcia, continuity of counsel, and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation, to and including March 28, 2011, shall be excluded from computation of time within the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (continuity of defense counsel and defense counsel preparation).

IT IS ORDERED THAT the Jury Trial be set for Monday, March 28, 2011 at 9:00 a.m. and Trial Confirmation be set for Tuesday, March 15, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 13, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge